69 So.2d 902

**Susie BYRD v. James D. McCALL, Admr.**

2 Div. 311.

Supreme Court of Alabama.

Oct. 5, 1953.

Bernard Lobman and Walter J. Knabe, Montgomery, for appellant.

W. Johnson McCall, Thomasville, for appellee.

PER CURIAM.

Appeal dismissed.